UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: CASE NO.17-00054-RLM-13

MARK WAYNE LOGAN
JENNIFER ANN LOGAN
DEBTOR(S)

## DEBTOR'S MOTION TO DETERMINE VALIDITY OF PAYMENT CHANGE

RE: CLAIM 4 Notice of Mortgage Payment Change

Comes now, Debtor(s) by counsel, Craig E. Beougher, and moves the Court pursuant to Fed.R.Bankr.P. 3002.1P for the entry of an order in this case determining the status of the monthly mortgage payment as set forth in the Notice of Mortgage Payment Change filed by U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust on July 10, 2019.

1. Debtor(s) filed Chapter 13 Bankruptcy on January 05, 2017. Included in the plan confirmed on August 31, 2017 was a provision for Debtor's post-petition mortgage payments to be paid by the Trustee to the Creditor.
2. Creditor filed a Notice of Payment change on July 10, 2019, increasing the escrow payment of $3.57 to $95.30.
3. Debtor(s) counsel has requested that Creditor apply the balance of $3,736.45 reflected on the Annual Escrow Account Disclosure Statement attached to the Notice of Payment Change filed by Creditor on July 10, 2019 to bring the account current.
4. Further, at all times prior to July of 2019 debtor had the homeowner's insurance taken directly out of his VA benefits and paid directly to USAA and at no time did debtor request for said homeowner's insurance to be escrowed.  See attached Monthly Statements showing monthly payments of the homeowner's insurance directly to USAA by the homeowner.
5. Further, the Creditor filed no motion to force the homeowner to escrow their homeowner's insurance, nor has such a motion been filed by the Trustee in this matter.
6. The escrowing of the homeowner's insurance alters the Debtor's Chapter 13 Plan.
7. At this time, the accuracy of the Notice of Mortgage Payment Change cannot be determined.

WHEREFORE, after providing the opportunity to object, your Trustee requests that this Court issue an order determining the status of the monthly mortgage payment as set forth in the Notice filed July 10, 2019, by the Creditor including but not limited to whether the creditor could, without homeowner approval, begin to escrow the homeowners insurance, and, if applicable, direct Creditor to file an amended Notice of Mortgage Payment Change and for such further relief as the Court deems just.

Respectfully submitted,

Date:  September 25, 2019

/s/ Craig E. Beougher
Craig E. Beougher (24561-29)
400 N. High St., Suite 201
P.O. Box 428
Muncie, IN  47308
PH:  (765) 282-9501
Fax:  (765) 282-9505
E-Mail:  cbeougher@ewelchlaw.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing Objection to Trustee's Motion to Dismiss was served by U.S. mail, postage prepaid or by the Court's Electronic Case Filing System on the date filing upon the following:

Ann M. DeLaney
PO Box 441285
Indianapolis, IN 46244
Email: ECFdelaney@trustee13.com

U.S. Trustee
101 W. Ohio St., Ste. 1000
Indianapolis, IN 46204
Email: ustpregion10.in.ecf@usdoj.gov

US Bank Trust Assocation as Trustee of
Cabana Series III Trust
Michelle R. Ghidotti-Gonsalves
Ghidotti Berger LLP
1920 Old Tustin Ave
Santa Ana CA 92705
mghidotti@ghidottiberger.com


Date: September 25, 2019                      /s/ Craig E. Beougher_____
                                                      Craig E. Beougher (24561-29)