SO ORDERED: October 25, 2019.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                              CASE NO. 17-00054-RLM

MARK WAYNE LOGAN AND
JENNIFER ANN LOGAN                                  Chapter 13
    DEBTOR(S).

### ORDER

A hearing was held on October 22, 2019 as to Debtors' objection to Trustee's Motion to Dismiss and Debtor's Motion to Determine Validity of Payment Change.

IT IS THEREFORE ORDERED

1. Debtors' are allowed and authorized to pay their property insurance directly.

2. The property insurance currently with USAA shall not be escrowed.

3. US Bank Trust Assocation as Trustee of Cabana Series III Trust is to perform an updated escrow analysis based upon the above order within 30 days of the issuance of this order.

4. US Bank Trust Assocation as Trustee of Cabana Series III Trust is to provide a full accounting of the current actual escrow balance prior to the December 10, 2019 hearing.

5. US Bank Trust Assocation as Trustee of Cabana Series III Trust is strongly encouraged

to attend the December 10, 2019 hearing and is further advised that failure to appear may result in the issuance of additional orders relating to the July 10, 2019 Notice of Payment Change filed by US Bank Trust Assocation as Trustee of Cabana Series III Trust.

IT IS FURTHER ORDERED that this matter is shceduled for a review hearing on December 10, 2019 at 10:00 a.m.

###