UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: CASE NO.17-00054-RLM-13

MARK WAYNE LOGAN
JENNIFER ANN LOGAN
DEBTOR(S)

**AGREED ENTRY RESOLVING DEBTORS' MOTION TO DETERMINE VALIDITY OF PAYMENT CHANGE AND TRUSTEE'S MOTION TO DISMISS**

Debtors, by counsel, and creditor US Bank Trust National Association as Trustee of Cabana Series III Trust (hereinafter "Creditor"), by counsel, agree and stipulate as follows:

1. On September 16, 2019 the Trustee, Ann M. Delaney filed her Motion to Dismiss Debtors' Bankruptcy.

2. On September 26, 2019 the Debtors' filed their Motion to Determine Validity of Payment Change filed by Creditor as well as their objection to Trustee's Motion to Dismiss.

3. On or about October 22, 2019 a hearing was held wherein the Creditor was ordered to not escrow the property insurance and was further ordered to provide the court with an updated escrow analysis and full accounting of the escrow loan prior to a status hearing set for December 10, 2019.

4. The Escrow History provided to the Debtors' herein show that as of December 2, 2019 there is an escrow balance of $2,443.16.

5. Debtors', by counsel, and Creditor, by counsel, hereby agree and stipulate that the escrow account should be closed and that all taxes and insurance should be paid directly by the debtor in the future, as debtors previously paid the taxes as well as the insurance prior to the filing of this Chapter 13 Bankruptcy.

6. Creditors further agree and stipulate that they were provided with a full accounting of the trustee's payments and agree and stipulate they have reviewed their records in detail and concur they have properly applied all payments and further stipulate that as of December 11, 2019, the date

of the trustees accounting, the Creditor shows that their records match and reflect that the Trustee's Accounting is accurate and that all payments received by the Creditor were properly applied pursuant to said Chapter 13 plan.

7. Creditor and Debtor hereby stipulate that upon the closing of the Escrow Account within 21 days of the approval of this agreed entry, a check will be sent from the Creditor to the Trustee herein for the total balance therein, an amount that was as of December 2, 2019 in the total sum of $2,443.16.

8. Debtor is behind one payment to the Trustee and said payment will be brought current by no later than February 29, 2020.

9. The monthly payment to the creditor beginning the payment due January 2020 and going forward shall be the Principal and Interest only payment of $525.62.

WHEREFORE, the parties pray that the above stipulations be approved by the Court, that an order be entered in accordance therewith, and for all other relief just and proper.

**AGREED:**

| | |
|---|---|
| Sottile & Barile, Attorneys at Law<br>394 Wards Corner Road, Suite 180<br>Loveland, Ohio 45140 | By: /s/Jon Lieberman<br>Jon Lieberman<br>Attorney for the Creditor<br>US Bank Trust National Association as Trustee |

**AGREED:**

| | |
|---|---|
| Welch & Company, LLC<br>400 N. High St.<br>P.O. Box 428<br>Muncie, IN 47308 | By: /s/Craig E. Beougher<br>Craig E. Beougher<br>Attorney for Debtors<br>Mark & Jennifer Logan |

**AGREED:**

| | |
|---|---|
| Ann M. DeLaney, Trustee<br>251 N Illinois Street, Suite 970.<br>Indianapolis IN 46204<br>Muncie, IN 47308 | By: /s/Brian Brothers<br>Brian Brothers<br>Staff Attorney<br>Ann M DeLaney, Trustee |

**ALL DATED:** January 13, 2020

2